| | |
|---|---|
| SELF INITIATED LIVING OPTIONS, INC., ETC, ETAL<br><br>Plaintiff(s)<br><br>- against -<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, ETAL<br><br>Defendant(s) | Index # 1:19-CV-03564-GHW<br><br>Purchased April 23, 2019<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 7, 2019 at 11:40 AM at

2 BROADWAY, FRONT LOBBY
NEW YORK, NY 10004

deponent served the within SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT; CIVIL COVER SHEET; ORDER on METROPOLITAN TRANSPORTATION AUTHORITY therein named.

BY LEAVING A TRUE COPY WITH "K". CARBY, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BROWN | 32 | 5'4 | 145 |

Sworn to me on: May 17, 2019

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT<br>Notary Public, State of New York<br>No. 01KN6178241<br>Qualified In New York County<br>Commission Expires November 26, 2019 | RALPH J MULLEN<br>Notary Public, State of New York<br>No. 01MU6238632<br>Qualified in Queens County<br>Commission Expires April 11, 2023 | VINETTA BREWER<br>Notary Public, State of New York<br>No. 4949206<br>Qualified in Bronx County<br>Commission Expires April 3, 2023 | **CHRISTOPHER J. KLEIN**<br>License #: 1188546<br>Invoice #: 718441 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045