UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SELF INITIATED LIVING OPTIONS, INC et al,

                Plaintiff,

  -against-

METROPOLITAN TRANSPORTATION AUTHORITY et al,

                Defendant.
------------------------------------------------------------------X

**ORDER
19-CV-3564 (GHW)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      **Settlement Conference.** This matter has been referred to the undersigned for settlement purposes. A settlement conference in this matter is scheduled for **January 24, 2020 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **January 17, 2020 at 5:00 p.m.** Prior to the pre-conference submission due date, Defendant shall provide Plaintiff with information sufficient to evaluate Plaintiff's financial situation.

**SO ORDERED.**

Dated: January 6, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge