```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SELF INITIATED LIVING OPTIONS, INC et al,

                    Plaintiff,

    -against-

METROPOLITAN TRANSPORTATION AUTHORITY et al,

                    Defendant.
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:\_\_\_01/24/2020

**ORDER SCHEDULING SETTLEMENT CONFERENCE**
**19-CV-3564 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A counsel-only settlement conference in this matter is scheduled for **Friday, March 27, 2020 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. Updated pre-conference submissions must be received by the Court no later than **March 20, 2020 at 5:00 p.m.**

SO ORDERED.

Dated: January 24, 2020
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge