UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SELF INITIATED LIVING OPTIONS, INC et al,

        Plaintiff,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY et al,

        Defendant.
------------------------------------------------------------------X

**ORDER CONVERTING SETTEMENT CONFERENCE TO TELEPHONIC CONFERENCE**
**19-CV-3564 (GHW)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/16/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Settlement Conference in this matter scheduled for **Friday, March 27, 2020 at 10:00 a.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. The Court will review procedures and then talk separately with each side by phone. The parties and their counsel must be available by phone from 10:00 a.m. to 5:00 p.m. so that the court can have more than one ex parte conversation with each side as needed. Each side shall establish its own conference call line to remain open during the settlement conference so that the court can join and re-join as needed. To ensure confidentiality, each side shall provide the court with the dial-in number and passcode for its conference line via an ex parte email to Parker_NYSDChambers@nysd.uscourts.gov

**SO ORDERED.** Dated:

March 16, 2020
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge