Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/26/2020

March 25, 2020

**BY ECF**

Magistrate Judge Katharine H. Parker
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

      **RE.** *Self-Initiated Living Options, Inc., et al. v. MTA, et al.*
           **19cv3564 (GHW)(KHP)**

Dear Magistrate Judge Parker:

    I, Disability Rights Advocates, and Kasowitz Benson Torres LLP represent Plaintiffs in the above-referenced action and submit this letter motion to request an adjournment of the settlement conference scheduled for March 27, 2020. Defendants consent to the request.

    Parties have a tentative agreement on all issues (except fees) and are finalizing a Settlement Agreement. Consequently, parties request that the settlement conference be adjourned for two weeks to allow parties more time to draft, review and address any issues in the settlement agreement.

    Parties have identified April 6 and April 13, 2020 as dates all parties are available.

    Thank you very much for your consideration and are available to address any questions the court may have.

                                               Respectfully Submitted,

                                               /s/ James E. Bahamonde

                                             James E. Bahamonde, Esq.

cc:  (via ECF)
Brian K Saltz, Esq.
*Attorneys for Defendants*

**In light of the parties' representation that they have settled this matter, the Settlement Conference previously scheduled for March 27, 2020 is hereby adjourned** *sine die*. **The Parties' are directed to file a letter with the Court by April 13, 2020 as to the status of the settlement agreement.**

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
**03/26/2020**