| Jamaica Station | Phillip Eng | Paige Graves |
|---|---|---|
| Jamaica, NY 11435-4380 | President | Vice President, General Counsel & Secretary |
| 718 558-8254 Tel | | |
| 718 657-9047 Fax | | |



Writer's Direct Dial: 718-558-8277
Writer's Cell: 631-332-1932
Writer's Email: bsaltz@lirr.org

June 16, 2020

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

       Re: Self Initiated Living Options, Inc. et al. v. MTA et al.
         <u>19-CV-3564 (KHP)</u>

Dear Magistrate Judge Parker:

  This office represents defendants in the above-referenced case. As a follow-up to my May 15, 2020 letter (ECF Document 58), I am writing on behalf of all parties to advise that the settlement agreement has been fully executed by the parties and is attached for your review and, if acceptable, your approval (page 13 of agreement). The parties will file a stipulation of discontinuance without prejudice within five days. I note that the agreement provides for this Court's continuing jurisdiction (page 8 of agreement). The parties are available if the Court has any questions on the terms of the agreement.

  Thank you for your continued assistance with this matter.

                Respectfully submitted,

                *Brian K. Saltz*
                Brian K. Saltz
                Assistant Deputy General Counsel

Cc: Counsel for plaintiffs (via ECF)

*The agencies of the MTA*
MTA New York City Transit   MTA Metro-North Railroad   MTA Capital Construction
MTA Long Island Rail Road   MTA Bridges and Tunnels   MTA Bus Company