UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

SELF INITIATED LIVING OPTIONS, INC.,
a/k/a SUFFOLK INDEPENDENT LIVING
ORGANIZATION, a nonprofit organization,
RAYMOND HAREWOOD, an individual,
DAVID RODRIGUEZ, an individual, and GINA
BARBARA, an individual, on behalf of
themselves and all others similarly situated,

                Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION
AUTHORITY, a public benefit corporation,
PATRICK J. FOYE, in his official capacity as
chairman and chief executive officer of the
Metropolitan Transportation Authority, LONG
ISLAND RAIL ROAD COMPANY, a public
benefit corporation, and PHILLIP ENG, in his
official capacity as president of the Long Island
Rail Road Company,

                Defendants.

No. 19-CV-3564

**PROPOSED ORDER FOR
WITHDRAWAL OF ATTORNEY**

       Plaintiffs ask that the Court grant the withdrawal of Michelle Caiola as counsel for

Plaintiffs. Withdrawal of Ms. Caiola is sought because she is no longer an attorney employed by

Disability Rights Advocates. Ms. Caiola's withdrawal will not prejudice any litigants in this

case, harm the administration of justice, or delay resolution of this case, as all other counsel for

Plaintiffs – Rebecca Rodgers of Disability Rights Advocates, James E. Bahamonde of the Law

Offices of James E. Bahamonde, and David Abrams and Anthony MacDonald Caputo of

Kasowitz Benson Torres LLP – continue their representation in this matter. All future

correspondence and papers in this action should continue to be directed to them.

Dated: June 30, 2022                     Respectfully submitted,
      New York, NY

                               DISABILITY RIGHTS ADVOCATES

                               _____

                               Rebecca Rodgers
                               DISABILITY RIGHTS ADVOCATES
                               655 Third Avenue, 14th floor
                               New York, NY 10017
                               Phone: 212-644-8644

                               James E. Bahamonde
                               Law Offices of James E. Bahamonde, P.C.
                               2501 Jody Court
                               North Bellmore, NY 11710
                               Long Island Tel: (516) 783-9662
                               New York City Tel: (646) 290-8258
                               Fax: (646) 435-4376
                               James@CivilRightsNY.com

                               David Abrams
                               Anthony MacDonald Caputo
                               Kasowitz Benson Torres LLP
                               1633 Broadway
                               New York, New York 10019
                               Tel: (212) 506-3302
                               Fax: (212) 500-3572
                               dabrams@kasowitz.com
                               acaputo@kasowitz.com

                               *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: _____, 2022            _____

                               Honorable Katharine H. Parker
                               United States Magistrate Judge