USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/30/2022

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

SELF INITIATED LIVING OPTIONS, INC., a/k/a SUFFOLK INDEPENDENT LIVING ORGANIZATION, a nonprofit organization, RAYMOND HAREWOOD, an individual, DAVID RODRIGUEZ, an individual, and GINA BARBARA, an individual, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY, a public benefit corporation, PATRICK J. FOYE, in his official capacity as chairman and chief executive officer of the Metropolitan Transportation Authority, LONG ISLAND RAIL ROAD COMPANY, a public benefit corporation, and PHILLIP ENG, in his official capacity as president of the Long Island Rail Road Company,

                Defendants.

No. 19-CV-3564

**ORDER FOR WITHDRAWAL OF ATTORNEY**

Plaintiffs ask that the Court grant the withdrawal of Michelle Caiola as counsel for Plaintiffs. Withdrawal of Ms. Caiola is sought because she is no longer an attorney employed by Disability Rights Advocates. Ms. Caiola's withdrawal will not prejudice any litigants in this case, harm the administration of justice, or delay resolution of this case, as all other counsel for Plaintiffs – Rebecca Rodgers of Disability Rights Advocates, James E. Bahamonde of the Law Offices of James E. Bahamonde, and David Abrams and Anthony MacDonald Caputo of Kasowitz Benson Torres LLP – continue their representation in this matter. All future correspondence and papers in this action should continue to be directed to them.

Dated: June 30, 2022        Respectfully submitted,
      New York, NY

DISABILITY RIGHTS ADVOCATES

*/s/ Rebecca Rodgers*

_____
Rebecca Rodgers
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th floor
New York, NY 10017
Phone: 212-644-8644

James E. Bahamonde
Law Offices of James E. Bahamonde, P.C.
2501 Jody Court
North Bellmore, NY 11710
Long Island Tel: (516) 783-9662
New York City Tel: (646) 290-8258
Fax: (646) 435-4376
James@CivilRightsNY.com

David Abrams
Anthony MacDonald Caputo
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-3302
Fax: (212) 500-3572
dabrams@kasowitz.com
acaputo@kasowitz.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: __June 30_____, 2022

_____
Honorable Katharine H. Parker
United States Magistrate Judge