```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/30/2022
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELF INITIATED LIVING OPTIONS, INC., a/k/a SUFFOLK INDEPENDENT LIVING ORGANIZATION, a nonprofit organization, RAYMOND HAREWOOD, an individual, DAVID RODRIGUEZ, an individual, and GINA BARBARA, an individual, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>-against-<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, a public benefit corporation, PATRICK J. FOYE, in his official capacity as chairman and chief executive officer of the Metropolitan Transportation Authority, LONG ISLAND RAIL ROAD COMPANY, a public benefit corporation, and PHILLIP ENG, in his official capacity as president of the Long Island Rail Road Company,<br><br>      Defendants. | No. 19-CV-3564<br><br>**ORDER FOR WITHDRAWAL OF ATTORNEY** |

  Plaintiffs ask that the Court grant the withdrawal of Christina Brandt-Young as counsel for Plaintiffs. Withdrawal of Ms. Brandt-Young is sought because she is no longer an attorney employed by Disability Rights Advocates. Ms. Brandt-Young's withdrawal will not prejudice any litigants in this case, harm the administration of justice, or delay resolution of this case, as all other counsel for Plaintiffs – Rebecca Rodgers of Disability Rights Advocates, James E. Bahamonde of the Law Offices of James E. Bahamonde, and David Abrams and Anthony MacDonald Caputo of Kasowitz Benson Torres LLP – continue their representation in this matter. All future correspondence and papers in this action should continue to be directed to them.

Dated: June 30, 2022      Respectfully submitted,
      New York, NY

DISABILITY RIGHTS ADVOCATES

*[signature]*

_____
Rebecca Rodgers
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th floor
New York, NY 10017
Phone: 212-644-8644

James E. Bahamonde
Law Offices of James E. Bahamonde, P.C.
2501 Jody Court
North Bellmore, NY 11710
Long Island Tel: (516) 783-9662
New York City Tel: (646) 290-8258
Fax: (646) 435-4376
James@CivilRightsNY.com

David Abrams
Anthony MacDonald Caputo
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-3302
Fax: (212) 500-3572
dabrams@kasowitz.com
acaputo@kasowitz.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: __**June 30**__, 2022

*[signature]*

_____
Honorable Katharine H. Parker
United States Magistrate Judge

2