

2001 Center Street, Third Floor
Berkeley, California 94704-1204
(510) 665-8644
www.dralegal.org

February 11, 2026

Hon. Katherine H. Parker
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Self-Initiated Living Options, Inc. et al v. MTA et al*, 19-CV-3564 (KHP)

Dear Judge Parker:

The parties jointly write to submit a status update as required by Your Honor's January 12, 2026 Order. ECF No. 78.

Defendants scheduled the follow-up inspection by Evan Terry & Associates, the parties' jointly-retained expert, on February 24 and 25, 2026 based on the expert team's availability, weather permitting. The parties respectfully request the opportunity to provide a further update to the Court regarding the results of this inspection by March 13, 2026.

Thank you for your continued assistance with this matter.

Sincerely,

Brittany Castle
Senior Staff Attorney
Disability Rights Advocates