

2001 Center Street, Third Floor
Berkeley, California 94704-1204
(510) 665-8644
www.dralegal.org

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2026
```

The Court thanks the parties for the update. The next status update shall be due March 13, 2026.

SO ORDERED:

*Katharine H. Parker*   2/12/2026

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

New York, NY 10007

Re:   *Self-Initiated Living Options, Inc. et al v. MTA et al*, 19-CV-3564 (KHP)

Dear Judge Parker:

The parties jointly write to submit a status update as required by Your Honor's January 12, 2026 Order. ECF No. 78.

Defendants scheduled the follow-up inspection by Evan Terry & Associates, the parties' jointly-retained expert, on February 24 and 25, 2026 based on the expert team's availability, weather permitting. **The parties respectfully request the opportunity to provide a further update to the Court regarding the results of this inspection by March 13, 2026.**

Thank you for your continued assistance with this matter.

Sincerely,

Brittany Castle
Senior Staff Attorney
Disability Rights Advocates