

2001 Center Street, Third Floor
Berkeley, California 94704-1204
(510) 665-8644
www.dralegal.org

March 13, 2026

Hon. Katherine H. Parker
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Self-Initiated Living Options, Inc. et al v. MTA et al*, 19-CV-3564 (KHP)

Dear Judge Parker:

The parties jointly write to submit a status update as required by Your Honor's February 12, 2026 Order. ECF No. 80.

Due to inclement weather, the follow-up inspection by Evan Terry & Associates was postponed from February 24 and 25, 2026 to March 19 and 20, 2026. The parties respectfully propose providing a further update with the results of the inspection by April 10, 2026.

Thank you for your continued assistance with this matter.

Sincerely,

/s/Brittany Castle
Brittany Castle
Senior Staff Attorney
Disability Rights Advocates