

2001 Center Street, Third Floor
Berkeley, California 94704-1204
(510) 665-8644
www.dralegal.org

April 9, 2026

Hon. Katherine H. Parker
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:    *Self-Initiated Living Options, Inc. et al v. MTA et al*, 19-CV-3564 (KHP)

Dear Judge Parker:

I write on behalf of all parties to submit the status update required by Your Honor's March 16, 2026 order. ECF No. 81.

Defendants have completed the remaining remediation work at the Amityville, Copiague, and Lindenhurst stations. The parties' retained expert, Evan Terry & Associates (ETA), conducted inspections of Defendants' work on March 19-20, 2026 and issued reports to the parties on April 1, 2026.

Plaintiffs are reviewing ETA's reports and respectfully request until May 7, 2026 to provide a further update to the Court regarding dismissal and continuing jurisdiction as set forth in Section III(I)(2)-(3) of the Settlement Agreement.


Thank you for your continued assistance with this matter.

Sincerely,

Brittany Castle
Disability Rights Advocates

Berkeley   •   Chicago   •   New York