2001 Center Street, Third Floor
Berkeley, California 94704-1204
(510) 665-8644
www.dralegal.org

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/10/2026___

April 9, 2026

The Court thanks the parties for the update.  The
parties shall file a subsequent update on May 7,
2026.

Hon. Katherine H. Parker
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

SO ORDERED:                          4/10/2026

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Re:     *Self-Initiated Living Options, Inc. et al v. MTA et al*, 19-CV-3564 (KHP)

Dear Judge Parker:

I write on behalf of all parties to submit the status update required by Your Honor's
March 16, 2026 order. ECF No. 81.

Defendants have completed the remaining remediation work at the Amityville,
Copiague, and Lindenhurst stations. The parties' retained expert, Evan Terry &
Associates (ETA), conducted inspections of Defendants' work on March 19-20, 2026
and issued reports to the parties on April 1, 2026.

Plaintiffs are reviewing ETA's reports and respectfully request until May 7, 2026 to
provide a further update to the Court regarding dismissal and continuing jurisdiction as
set forth in Section III(I)(2)-(3) of the Settlement Agreement.


Thank you for your continued assistance with this matter.

Sincerely,

Brittany Castle
Disability Rights Advocates

Berkeley  •  Chicago  •  New York