

2001 Center Street, Third Floor
Berkeley, California 94704-1204
(510) 665-8644
www.dralegal.org

April 22, 2026

Hon. Katherine H. Parker
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:    *Self-Initiated Living Options, Inc. et al v. MTA et al*, 19-CV-3564 (KHP)

Dear Judge Parker:

I write on behalf of all parties to update Your Honor on the status of this matter. *See* ECF No. 84 (directing the parties to file an update by May 7, 2026).

As previously reported, the parties' retained expert, Evan Terry Associates (ETA), conducted inspections of Defendants' work on March 19-20, 2026. The experts issued reports to the parties on April 1, 2026 approving all remediation work contemplated by the settlement agreement.

In accordance with Section III(I)(2) of the settlement agreement, the parties hereby file the enclosed stipulation of dismissal with prejudice. Pursuant to Section III(I)(3) of the settlement agreement and this Court's July 10, 2020 Order, ECF No. 60, the parties respectfully request this Court retain jurisdiction over this matter until March 31, 2027, which is a period of one year following the publication of ETA's April 1, 2026 reports.

Thank you for your continued assistance with this matter.

Sincerely,

/s/Brittany Castle
Brittany Castle
Disability Rights Advocates

Berkeley  •  Chicago  •  New York