UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELF INITIATED LIVING OPTIONS, INC., a/k/a SUFFOLK INDEPENDENT LIVING ORGANIZATION, RAYMOND HAREWOOD, DAVID RODRIGUEZ, and GINA BARBARA,<br><br>           Plaintiffs,<br>-against-<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, a public benefit corporation, JANNO LIEBER, in his official capacity as chairman and chief executive officer of the Metropolitan Transportation Authority, LONG ISLAND RAIL ROAD COMPANY, a public benefit corporation, and CATHERINE RINALDI, in her official capacity as interim president of the Long Island Rail Road Company,<br><br>           Defendants. | No. 19-CV-3564 (KHP)<br><br>**Joint Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)** |

The parties hereby respectfully submit the following stipulation:

By Order of Discontinuance dated July 10, 2020, the Court approved the terms of the settlement agreement reached between the parties and agreed to retain jurisdiction over this matter for one (1) year after all construction contemplated by the settlement agreement is complete and the parties' expert, Evan Terry Associates ("ETA") has reviewed and approved all remediation work. ECF No. 60.

ETA conducted inspections at the stations on July 16-17, 2024; July 15-16, 2025; and March 19-20, 2026. On April 1, 2026, ETA issued reports to the parties approving all remediation work contemplated by the settlement agreement.

In accordance with Section III(I)(2) of the settlement agreement, the parties hereby file this stipulation of dismissal with prejudice. Pursuant to Section III(I)(3) of the settlement agreement and the Court's July 10, 2020 Order, ECF No. 60, the Court shall retain jurisdiction over this matter to enforce the agreement until March 31, 2027.

IT IS SO STIPULATED.

Dated: April 21, 2026

Respectfully Submitted,

_____

Brittany Castle
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

Law Offices of James E. Bahamonde, PC
2501 Jody Ct.
North Bellmore, NY 11710

David J. Abrams
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

*Attorneys for Plaintiffs*

_____

Haley Stein
Brian K. Saltz
The Long Island Rail Road Company
Law Department – 1143
Jamaica, NY 11435

*Attorneys for Defendants*