UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

SELF INITIATED LIVING OPTIONS, INC.,
a/k/a SUFFOLK INDEPENDENT LIVING
ORGANIZATION, RAYMOND
HAREWOOD, DAVID RODRIGUEZ, and
GINA BARBARA,

                    Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION
AUTHORITY, a public benefit corporation,
JANNO LIEBER, in his official capacity as
chairman and chief executive officer of the
Metropolitan Transportation Authority, LONG
ISLAND RAIL ROAD COMPANY, a public
benefit corporation, and CATHERINE
RINALDI, in her official capacity as interim
president of the Long Island Rail Road
Company,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____4/23/2026_____

No. 19-CV-3564 (KHP)

**Joint Stipulation of Dismissal with
Prejudice Pursuant to Federal Rule of
Civil Procedure 41(a)(1)(A)(ii)**

The parties hereby respectfully submit the following stipulation:

By Order of Discontinuance dated July 10, 2020, the Court approved the terms of the
settlement agreement reached between the parties and agreed to retain jurisdiction over this
matter for one (1) year after all construction contemplated by the settlement agreement is
complete and the parties' expert, Evan Terry Associates ("ETA") has reviewed and approved all
remediation work. ECF No. 60.

ETA conducted inspections at the stations on July 16-17, 2024; July 15-16, 2025; and
March 19-20, 2026. On April 1, 2026, ETA issued reports to the parties approving all
remediation work contemplated by the settlement agreement.

In accordance with Section III(I)(2) of the settlement agreement, the parties hereby file this stipulation of dismissal with prejudice. Pursuant to Section III(I)(3) of the settlement agreement and the Court's July 10, 2020 Order, ECF No. 60, the Court shall retain jurisdiction over this matter to enforce the agreement until March 31, 2027.

IT IS SO STIPULATED.

Dated: April 21, 2026

**APPLICATION GRANTED**

_Katharine H. Parker_
Hon. Katharine H. Parker, U.S.M.J.

4/23/2026

Respectfully Submitted,

_Brittany Castle_
Brittany Castle
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

Law Offices of James E. Bahamonde, PC
2501 Jody Ct.
North Bellmore, NY 11710

David J. Abrams
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

*Attorneys for Plaintiffs*

_Brian K. Saltz_
Haley Stein
Brian K. Saltz
The Long Island Rail Road Company
Law Department – 1143
Jamaica, NY 11435

*Attorneys for Defendants*