UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

SELF INITIATED LIVING OPTIONS, INC., a/k/a
SUFFOLK INDEPENDENT LIVING
ORGANIZATION, a nonprofit organization, et al.,

                Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

                Defendants.

No. 19-CV-3564 (KHP)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I, Julia Tebor of Disability Rights Advocates, hereby

appear as counsel for Plaintiffs in the above-captioned action, and request to receive notice of all

docket events via the Electronic Filing System.

I certify that I am admitted to practice in this Court.

Dated:  August 13, 2026
       New York, New York

Respectfully submitted,

*s/ Julia Tebor*
Julia Tebor
DISABILITY RIGHTS ADVOCATES
228 Park Ave. S
PMB 509115
New York, NY 10003-1502
Tel:  (212) 644-8644
Fax:  (510) 665-8511
jtebor@dralegal.org

*Attorney for Plaintiffs*