UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

SELF INITIATED LIVING OPTIONS, INC.,
a/k/a SUFFOLK INDEPENDENT LIVING
ORGANIZATION, a nonprofit organization, et
al.,

               Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION
AUTHORITY, a public benefit corporation, et
al.,

               Defendants.

No. 19-CV-3564 (KHP)

**MOTION FOR WITHDRAWAL OF ATTORNEY**

Plaintiffs request that the Court grant the withdrawal of Brittany Castle as counsel for Plaintiffs. Withdrawal of Ms. Castle is sought because she will be ending her employment at Disability Rights Advocates. Ms. Castle will not be retaining or charging lien. Ms. Castle's withdrawal will not prejudice any litigants in this case, harm the administration of justice, or delay resolution of this case, as other counsel for Plaintiffs – Julia Tebor of Disability Rights Advocates, James E. Bahamonde of the Law Offices of James E. Bahamonde, PC, and David J. Abrams of Kasowitz Benson Torres LLP – continue their representation in this matter. All future correspondence and papers in this action should continue to be directed to them.

Dated: August 13, 2026
      New York, NY

Respectfully submitted,

DISABILITY RIGHTS ADVOCATES

_s/ Julia Tebor_
Julia Tebor
DISABILITY RIGHTS ADVOCATES
228 Park Ave. S
PMB 509115

New York, NY 10003-1502
Tel:  (212) 644-8644
Fax:  (510) 665-8511
jtebor@dralegal.org

*Attorney for Plaintiffs*

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Honorable Katharine H. Parker
United States Magistrate Judge

2